In the Matter of the Application for the Sale of Real Property Devised by CORNELIUS CALLAHAN, Deceased.

EDITH M. SMITH, Appellant; JOHN E. KELLEY, Respondent.

(Submitted March 3, 1919; decided March 11, 1919.)

Motion for re-argument denied, with ten dollars costs and necessary printing disbursements. (See 220 N. Y. 774.)

---

BARNEY GALLIN, Appellant, *v.* THE ALLEMANNIA FIRE INSURANCE COMPANY et al., Respondents.

Reported below, 184 App. Div. 876.

(Submitted March 3, 1919; decided March 11, 1919.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 30, 1918, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint.

The motion was made upon the ground of failure to serve the required undertaking.

*Guy C. Heater* for motion.

*David Goldstein* opposed.

Motion granted unless appellant within twenty days after entering order serves the undertaking in the form required to perfect appeal under section 1326 of the Code of Civil Procedure, and pays to the respondent ten dollars costs; in which case, motion denied. (*Architectural Iron Works* v. *City of Brooklyn,* 85 N. Y. 652.)